**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                            10 CR. 523 (RMB)

   -against-

                                                            **ORDER**

JAVON BURROUGHS,
                Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, May 3, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0523

Dated: April 27, 2022
       New York, NY

                                                  _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.