UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

            10 CR. 523 (RMB)

-against-

**AMENDED ORDER**

JAVON BURROUGHS,
            Defendant.
------------------------------------------------------------X

The supervised release hearing scheduled for Tuesday, May 3, 2022 at 11:00 AM is hereby rescheduled to 11:30 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0523

Dated: April 28, 2022
       New York, NY

                                            RICHARD M. BERMAN
                                                 U.S.D.J.