**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

 -against-

JAVON BURROUGHS,
     Defendant.
------------------------------------------------------------X

10 CR. 523 (RMB)

**<u>ORDER</u>**

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, July 7, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0523

Dated: June 29, 2022
   New York, NY

               *Richard M. Berman*
               _____
                RICHARD M. BERMAN
                  U.S.D.J.